**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kendrick HESTER, a/k/a Anthony Bernard Whitaker, Defendant–Appellant.**

**No. 15–7769.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 22, 2016.

Kendrick Hester, Appellant Pro Se. David Thomas Maguire, Assistant United States Attorney, Richmond, Virginia; Shannon Y. Dion, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

⸱ Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendrick Hester appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hester,* No. 3:09–cr–00434–REP–2 (E.D.Va. Oct. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*